# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-00118-01-CR-W-HFS |
| ) | |
| WALTER MOLINA-LOPEZ ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Having considered defendant's motion to suppress (Doc. 18), the transcript of the hearing and the briefing of the parties, I ADOPT the report and recommendation (Doc. 28) and DENY the motion to suppress (Doc. 18). The agent's experience and ability to converse in Spanish is adequately established, and the request to search was sufficient to obtain the occupant's consent. The failure to use the term "permission," as emphasized by defendant's witness, based on the agent's recollection of his wording, is not fatally defective, and defendant does not offer authority for a contention of defect.

SO ORDERED.

/s/ Howard F. Sachs

**HOWARD F. SACHS**
UNITED STATES DISTRICT JUDGE

November 1, 2019

Kansas City, Missouri